UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
\_\_\_\_'S OFFICE

2004 AUG -2  P 1: 24

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 04-MJ-01755-CBS |
| v. | ) |
| | ) |
| WALLSTEIN DWAYNE ALLEN | ) |
| MICHAEL E. GREEN | ) |
| ANDRE PAGE | ) |
| AQUAYA STEPHANIE PERRY | ) |

### NOTICE OF APPEARANCE

Please enter my appearance as counsel for the United States of America in the above-captioned case.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

/s/ Michael J. Pelgro
MICHAEL J. PELGRO
Assistant U.S. Attorney
(617) 748-3246

Dated: August 2, 2004

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon counsel of record a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery.

*Michael J. Pelgro /c.g.*
MICHAEL J. PELGRO
ASSISTANT UNITED STATES ATTORNEY